**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Stanley McKINNEY, Jr., a/k/a Rat, Defendant–Appellant.**

**No. 11–6078.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 4, 2011.

Stanley McKinney, Jr., Appellant Pro Se. Alan Lance Crick, Assistant United

States Attorney, Greenville, South Carolina, for Appellee.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley McKinney, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. McKinney,* No. 6:07–cr–00283–HMH–1 (D.S.C. Jan. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*